FILED
2017 Mar-01  AM 09:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **JONATHAN RODRIGUEZ,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**THE KROGER CO.,**<br><br>**Defendant.** | Civil Action Number:<br>**5:16-CV-2045-AKK** |

## ORDER

Consistent with Plaintiff's Notice of Voluntary Dismissal Without Prejudice, doc. 22, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this file.

**DONE** the 28th day of February, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE